IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY KOGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 cv 07150 |
| | ) | |
| | ) | Judge Matthew F. Kennelly |
| THOMAS J. DART, SHERIFF OF COOK | ) | |
| COUNTY; and COOK COUNTY, ILLINOIS | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Thomas J. Dart, Sheriff of Cook County
 Office of the Sheriff of Cook County
 Legal Affairs Department
 50 W. Washington, Rm. 7045
 Chicago, Illinois 60602

 Cook County
 Cook County Clerk/David Orr
 69 W. Washington, Suite 500
 Chicago, Illinois 60602

Please take notice that on Thursday, October 17, at 9:30 a.m**.,** or as soon thereafter as counsel may be heard, I will appear before Judge Matthew F. Kennelly, in courtroom 2103 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and there and the present the attached Motion for a Preliminary Injunction.

/s/ Mark G. Weinberg
Counsel for Plaintiff

Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, IL 60641
(773) 283-3913