# Exhibit A

Copy of Cook County Department of Corrections Notice of Return of Mail Form

# COOK COUNTY DEPARTMENT OF CORERCTIONS

## NOTICE OF RETURN MAIL

Detainee's Name: _____Date: _____

Detainee Identification Number _____

Mail Returned To: _____

The Cook County Department of Corrections will not accept the following items(s) from detainee family members, detainee visitors or any other outside source.

| | |
|---|---|
| \_\_\_\_\_ Underwear | \_\_\_\_\_ Socks |
| \_\_\_\_\_ Gym Shoes | \_\_\_\_\_ Stamped Envelopes |
| \_\_\_\_\_ Jewelry | \_\_\_\_\_ Towels |
| \_\_\_\_\_ Clothing | \_\_\_\_\_ Cosmetics |
| \_\_\_\_\_ Aerosol Cans | \_\_\_\_\_ Postage Stamps |
| \_\_\_\_\_ Bar Soap | \_\_\_\_\_ Envelopes |
| \_\_\_\_\_ Candy | \_\_\_\_\_ Food |
| \_\_\_\_\_ Posters | \_\_\_\_\_ Leather Cover Books |
| \_\_\_\_\_ Weapons | \_\_\_\_\_ Foreign or Illegal Substances |
| \_\_\_\_\_ Adhesive | \_\_\_\_\_ Nail File or Clippers |
| \_\_\_\_\_ Batteries | \_\_\_\_\_ Pictures Showing Weapons, Money or Gang Signs |
| \_\_\_\_\_ Credit Cards | |
| \_\_\_\_\_ Paint Brushes or Solvents | \_\_\_\_\_ Marking Pens |
| \_\_\_\_\_ Cigarettes or Cigars | \_\_\_\_\_ Medicine or Medical Supplies |
| \_\_\_\_\_ Stickers, Decal's or Patches | \_\_\_\_\_ Identification Cards |
| \_\_\_\_\_ Dental Floss, paste, or powder | \_\_\_\_\_ Pencils, Pens or Sharpeners |
| \_\_\_\_\_ Cigarette Lighter or Matches | \_\_\_\_\_ Radios, Tape Player or Television Sets |
| \_\_\_\_\_ Personal Checks or Cash | \_\_\_\_\_ No Newspapers |

\_\_\_\_\_ Money Orders over of $100.00 will not be accepted
\_\_\_\_\_ Money Orders that are not properly filled in or have been altered will not be accepted
\_\_\_\_\_ Plastic sentiment cards, musical cards or very large cards
\_\_\_\_\_ Polaroid instant pictures with double backing
\_\_\_\_\_ Hairbrush, combs or picks
\_\_\_\_\_ Rollers, bobby pins, clips or plastic bags
\_\_\_\_\_ Twine, wire or any other binding material
\_\_\_\_\_ Paperback books, magazines, over the limit of three (3) per mailing
\_\_\_\_\_ Correspondences from inmates from other correctional institutes without prior approval from both Institutions
\_\_\_\_\_ Any magazines or pictures show drugs, weapons, nudity both male and female or contain sexually explicit materials or actions. These types of items will be returned to you. Some examples of magazines are, but not limited to:

| | | | | | | |
|---|---|---|---|---|---|---|
| Vibe | Swim Suit | Black Man | AS IS | | Play Girl | Lyric |
| Murder Dog | Pent house | Sex Lire – Coco | Play Boy | | MAD | FHM |
| Curves | Black Tail | Stun | King | | Source | Don Diva |
| Black Gold | FOX | Maxim | Stuff | | XXL | Blender |
| Smooth | Cheri | | | | | |

