IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY KOGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 cv 07150 |
| | ) | |
| | ) | Judge Matthew F. Kennelly |
| THOMAS J. DART, SHERIFF OF COOK | ) | |
| COUNTY; and COOK COUNTY, ILLINOIS | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

To: Thomas J. Dart, Sheriff of Cook County
Office of the Sheriff of Cook County
Legal Affairs Department
50 W. Washington, Rm. 7045
Chicago, Illinois 60602

Cook County
Cook County Clerk/David Orr
69 W. Washington, Suite 500
Chicago, Illinois 60602

I certify that on October 11, 2013, I caused the following documents to be served on the above-named Defendant via hand-delivery to (1) the Office of the Sheriff of Cook County, Legal Affairs Department, 50 W. Washington, Rm. 7045, Chicago, Illinois 60602 and (2) Cook County, Cook County Clerk,69 W. Washington, Suite 500, Chicago, Illinois 60602

• **Plaintiff's Motion for a Preliminary Injunction and Supporting Memorandum** (Dkt 7???); and
• **Notice of Motion** (Dkt. 8????).

/s/ Mark G. Weinberg
Counsel for Plaintiff

Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, IL 60641
(773) 283-3913