UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY KOGER, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 7150 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Matthew F. Kennelly |
| THOMAS J. DART, SHERIFF OF | ) | |
| COOK COUNTY; and | ) | |
| COOK COUNTY, ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendants THOMAS J. DART, SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS, by their attorney, ANITA ALVAREZ, State's Attorney of Cook County, through her assistants, Anthony Zecchin and Martin Syvertsen, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Honorable Court for summary judgment.

A Memorandum of Law in support of this Motion for Summary Judgment is hereto attached.

                                        Respectfully Submitted,

                                        ANITA ALVAREZ
                                        State's Attorney of Cook County

By:    /s/ *Martin Syvertsen*
          Martin Syvertsen
          Assistant State's Attorney
          Torts / Civil Actions Bureau
          500 Richard J. Daley Center
          Chicago, Illinois 60602
          (312) 603-6672