# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Gregory Koger

                      Plaintiff,

v.                                                                          Case No.: 1:13−cv−07150
                                                                          Honorable Matthew F. Kennelly

Thomas J. Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 8/19/2015. Plaintiff's motion for leave to file instanter the amended bill of costs [105] is granted without objection. Costs awarded in favor of plaintiff and against defendant in the amount of $1,025.34. Motion for bill of costs [103] is terminated as moot. Response to motion for attorney fees [107] to be filed by 9/15/2015 Replies due by 9/29/2015. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.