# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Gregory Koger

                        Plaintiff,

v.                                                           Case No.: 1:13−cv−07150
                                                            Honorable Matthew F. Kennelly

Thomas J. Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff, the prevailing party in this case, moved for an award of attorney's fees and expenses under 42 USC 1988. Defendant did not file an objection or response within the time ordered by the Court and did not seek an extension of time. Defendant is deemed to have conceded the merits of the motion. The Court grants plaintiff's motion and awards plaintiff attorney's fees in the amount of $110,163 and $232.70 in expenses. (Mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.